UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

    Plaintiff,                                No. 19-11558

v.                                        District Judge George Caram Steeh
                                                Magistrate Judge R. Steven Whalen

MICHAEL EAGEN, ET AL.,

    Defendants.
_____ /

## ORDER

Plaintiff's Motion to Secure Relevant Documents and Video [ECF No. 32] is DENIED WITHOUT PREJUDICE. The Defendant has not been served, and the Court therefore lacks the personal jurisdiction necessary to enter such order.

IT IS SO ORDERED.

Dated: November 7, 2019                    s/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on November 7, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants November 7, 2019.

                                                 s/Carolyn M. Ciesla
                                                 Case Manager for the
                                                 Honorable R. Steven Whalen