UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

        Plaintiff,

                              Case No. 19-CV-11558

vs.

                              HON. GEORGE CARAM STEEH

TRUMBLEY, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 70]

    Plaintiff Michael Mohammed Salami, an inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed this *pro se* civil rights action on May 28, 2019.  Plaintiff filed a Motion for Clerk's Entry of Default (ECF No. 59) and a Motion for Default Judgment (ECF No. 60), which were referred to the Magistrate Judge for a Report and Recommendation.  The Magistrate Judge recommends that both motions be denied because defendant Trombley has not defaulted.

    No timely objections were filed to the Report and Recommendation.  This Court agrees with and adopts the analysis conducted and recommendations made by the Magistrate Judge.  Now, therefore, for the reasons stated by the Magistrate Judge, the recommendations are adopted

as orders of the court.

IT IS HEREBY ORDERED that the Report and Recommendation [ECF No. 70] is accepted by the Court.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for clerk's entry of default judgment [ECF No. 59] is DENIED.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for default judgment [ECF No. 60] is DENIED.

Dated:   October 16, 2020

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 16, 2020, by electronic and/or ordinary mail and also on Michael Mohammed Salami #879045, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811.

s/Brianna Sauve
Deputy Clerk