UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

        Plaintiff,

    vs.

TRUMBLEY, et al.,

        Defendants.
_____/

Case No. 19-CV-11558

HON. GEORGE CARAM STEEH

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 71]

Plaintiff Michael Mohammed Salami, an inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed this *pro se* civil rights action on May 28, 2019. Plaintiff filed two essentially identical motions for partial summary judgment (ECF No. 60 and ECF No. 61), which were referred to the Magistrate Judge for a Report and Recommendation. The Magistrate Judge recommends that both motions be denied without prejudice as premature because discovery has not yet taken place.

No timely objections were filed to the Report and Recommendation. This Court agrees with and adopts the analysis conducted and recommendations made by the Magistrate Judge. Now, therefore, for the reasons stated by the Magistrate Judge, the recommendations are adopted

as orders of the court.

IT IS HEREBY ORDERED that the Report and Recommendation [ECF No. 71] is accepted by the Court.

IT IS HEREBY FURTHER ORDERED that plaintiff's motions for partial summary judgment [ECF No. 61 and ECF No. 64] are DENIED without prejudice.

Dated:   October 16, 2020

                                     s/George Caram Steeh
                                     GEORGE CARAM STEEH
                                     UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 16, 2020, by electronic and/or ordinary mail and also on Michael Mohammed Salami #879045, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811.

s/Brianna Sauve
Deputy Clerk