UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

    Plaintiff,

vs.

TRUMBLEY, et al.,

    Defendants.
_____/

Case No. 19-CV-11558

HON. GEORGE CARAM STEEH

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 106]

Plaintiff Michael Mohammed Salami, an inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed this *pro se* civil rights action on May 28, 2019. Plaintiff filed a Motion for Default Judgment against defendant Trumbley for failing to preserve electronically stored information as required under Fed. R. Civ. P. 37(e) (ECF No. 90). The motion was referred to the Magistrate Judge for a Report and Recommendation. The Magistrate Judge recommends that motion be denied.

No timely objections were filed to the Report and Recommendation. This Court agrees with and adopts the analysis conducted and recommendation made by the Magistrate Judge. Now, therefore, for the

reasons stated by the Magistrate Judge, the recommendation is adopted as an order of the court.

IT IS HEREBY ORDERED that the Report and Recommendation [ECF No. 106] is accepted by the Court.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for default judgment [ECF No. 90] is DENIED.

Dated: April 28, 2021

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 28, 2021, by electronic and/or ordinary mail and also on Michael Mohammed Salami #879045, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048.

s/Leanne Hosking
Deputy Clerk