United States District Court
Eastern District of Michigan
— Southern division.

Michael Mohamed Salami
    Plaintiff.

V.

Brian Trombley
    defendant.



Case No: 19-cv-11558
Judge: George C. Steeh
Magistrate: Steven R. Whelan

Motion for Limited Appointment
of Counsel by Plaintiff:

Pursuant to 28 USC 1915, Plaintiff, Michael Mohamed Salami, In Pro Se, moves this Court to Grant her Limited Appointment of Counsel for the Sole purpose of discovery, for the following reasons:

1.) A need for oral deposition heavily exists in this complex litigation, and the prison is not providing any reasonable accommodations which are not burdensome economically. ie [Allow Plaintiff to receive in house video-recorder] as allowed under Fed. R. Civ. P 30 (3)(A) and (32)(C).

2.) There are records in which the defendant will not release as their claimed as "privileged" which would help her discover and locate witnesses and facts. Appointment of counsel is appropriate. See Johnson v. Howard, 20 F. Supp. 2d. 1128, 1129 [W.d. Mich. 1998]. Gatson v. Coughlin, 679 F. Supp. 270, 273. [W.d.N.Y. 1987]

3.) Plaintiff has been assaulted due to defendant's refusal to provide protection as Take Ree to segregation for actions, and approval his reviews actions. Appointment of Counsel is warranted. See. Johnson v. Howard, 20 F. Supp. 2d. 1128, 1129 [W.d. Mich 1998]

4.) The entire factors shown simply fall under "Exceptional Circumstances" which have been shown, ie Complexity, and legal issues involved. See Lavado v. Keohane, 992 F.3d 601, 605-606. [6th Cir. 1973]. [Tabron v. Grace, 6 F.3d 147, 155, [3rd. Cir. 1993]

5.) The claims brought by Plaintiff are Complex. She has no access to Law Library, or legal writer, is Dislexic, Dysgraphial ADHD, PTSD and Bipolar. She is making claims which are of sensitive nature and the litigational facts are disputed by defendant and discovery is being "stonewalled" by defendant's counsel on price quote for documents.

Sworn-Oath/proof of service:

I declare under Penalty of Perjury what is stated above is true/correct 28 USC 1746 and on ___ (April) 2021, I sent this document via USPS First class postage to defendant's Counsel and U.S.E.D. court of Michigan Clerks office.

/s/ _____
Michael Mohamed Salami
MDOC No.: 879045
34625 · 26 mile rd
Lenox Twp. Mi. 48048

Date: 20th April, 2021

VANESSA HINOJOSA
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF ST. CLAIR
MY COMMISSION EXPIRES: OCTOBER 17, 2022
ACTING IN COUNTY OF: MACOMB

Case Type 1

