UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MOHAMMED SALAMI,

    Plaintiff,

vs.

C/O BRIAN TROMBLEY,

    Defendant.
_____/

Case No. 19-CV-11558

HON. GEORGE CARAM STEEH

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF No. 134) AND
GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY
DISMISS THE ACTION (ECF No. 131) WITH PREJUDICE

Plaintiff Michael Mohammed Salami, an inmate in the custody of the Michigan Department of Corrections ("MDOC"), filed this *pro se* civil rights action on May 28, 2019. Over the course of litigation, plaintiff has filed over a dozen separate discovery motions to which defendant responded. Defendant noticed plaintiff's deposition on two separate occasions and without giving prior notice, plaintiff failed to appear both times. On July 2, 2021, defendant filed a motion to dismiss and on July 8, 2021, defendant filed a motion for summary judgment. In lieu of filing a response to the dispositive motions, plaintiff filed a motion for voluntary dismissal without

prejudice. Plaintiff did not provide an explanation for her request. All pretrial motions have been referred to the Magistrate Judge for a Report and Recommendation. The Magistrate Judge recommends that plaintiff's motion to voluntarily dismiss the action be granted, albeit *with prejudice*, and that the outstanding motions (ECF Nos. 103, 121, 125 and 127) be terminated as moot.

No timely objections were filed to the Report and Recommendation. This Court agrees with and adopts the analysis conducted and recommendation made by the Magistrate Judge. Now, therefore, for the reasons stated by the Magistrate Judge, the recommendation is adopted as an order of the court.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 134) is ACCEPTED by the Court.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion to voluntarily dismiss the action (ECF No. 131) is GRANTED WITH PREJUDICE.

IT IS HEREBY FURTHER ORDERED that defendant's second motion to quash (ECF No. 103), plaintiff's motion for limited appointment of counsel (ECF No. 121), defendant's motion to dismiss (ECF No. 125), and

defendant's motion for summary judgment (ECF No. 127) are

TERMINATED AS MOOT.

It is so ordered.

Dated:   November 19, 2021

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 19, 2021, by electronic and/or ordinary mail and also on Michael Mohammed Salami #879045, Michigan Reformatory, 1342 West Main Street, Ionia, MI 48846.

s/Brianna Sauve
Deputy Clerk